In the Matter of the Application of OLIN D. JOHNSON and Another for the Judicial Construction of the Last Will and Testament of SARAH A. WAKE, Deceased, Late of the Village of Williamson, Wayne County, New York.— Decree affirmed. with costs to the respondent, Women's Home Missionary Society,

payable out of the estate. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.